JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| READYLINK HEALTHCARE, | ) Case No.: EDCV-08-532-SLG |
| Plaintiffs, | ) (OPx) ) |
| vs. | ) **JUDGMENT** ) |
| EVANSTON INSURANCE COMPANY, MARKEL CORPORATION AND SHAND MORAHAN & COMPANY, INC. | ) ) ) ) |
| Defendants. | ) ) |

On April 2, 2009, the Court granted the motion of defendant Evanston Insurance Company for Summary Judgment (Docket No. 60). On November 11, 2008, the parties stipulated that if the Court granted summary judgment to Evanston Insurance Company, then judgment could also be entered in favor of defendants Markel Corporation and Shand Morahan & Company, Inc. (Docket No. 26).

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff take nothing by way of its complaint, and that defendants are the prevailing parties in this action, entitled to recover their costs.

Dated May 13, 2009

By: _____

Judge, District Court

| | |
|---|---|
| 1 | Submitted by:<br>John M. Hochhaulser, S.B.N. 143801 |
| 2 | MANNING & MARDER<br>KASS, ELLROD, RAMIREZ LLP |
| 3 | 15th Floor at 801 Tower<br>801 South Figueroa Street |
| 4 | Los Angeles, CA 90017<br>Telephone: (213) 624-6900 |
| 5 | Facsimile: (213) 624-6999<br>Email: jmh@mmker.com |
| 6 | |
| 7 | Attorneys for Defendants<br>Evanston Insurance Company, Markel Corporation,<br>and Shand Morahan & Company, Inc |